*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Jose R Sanchez–Hernandez : Case No. 17–11129–mdc
    Debtor(s)

### ORDER
_____

    AND NOW, this day , July 24, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Magdeline D. Coleman
    Judge , United States Bankruptcy Court

42
Form 195